ORIGINAL

jamesdinonewstp

LEONARDO M. RAPADAS
United States Attorney
FREDERICK A. BLACK
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagatna, Guam 96910
PHONE: 472-7332
FAX: 472-7334

FILED
DISTRICT COURT OF GUAM
SEP 30 2005
MARY L.M. MORAN
CLERK OF COURT

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 04-00016 |
|---|---|
| Plaintiff, | ) |
| | ) **STIPULATED MOTION TO** |
| vs. | ) **CONTINUE STATUS HEARING** |
| JAMES J. DINO, | ) |
| Defendant. | ) |

The parties in the above-entitled matter, the United States of America, and the defendant through his counsel, Peter C. Perez, hereby motion this Honorable Court to continue the Status Hearing currently scheduled for October 12, 2005, and that it be continued for ninety (90) days at a date and time to be selected by the court at it's convenience.

9-28-05
DATE

By David S. Lujan
PETER C. PEREZ
Attorney for Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

9-27-05        By:    Frederick A. Black
DATE                  FREDERICK A. BLACK
                      Assistant U.S. Attorney