jamesdinonewstp

LEONARDO M. RAPADAS
United States Attorney
FREDERICK A. BLACK
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagatna, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
SEP 30 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 04-00016 |
| Plaintiff, | |
| vs. | **ORDER TO CONTINUE STATUS HEARING** |
| JAMES J. DINO, | |
| Defendant. | |

**IT IS SO ORDERED** that the Status Hearing currently scheduled for October 12, 2005, is hereby rescheduled to January 9, 2006, at 2:30 p.m.

9/30/2005
DATE

JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge
District Court of Guam

ORIGINAL