1  LEONARDO M. RAPADAS
   United States Attorney
2  FREDERICK A. BLACK
   Assistant U.S. Attorney
3  Suite 500, Sirena Plaza
4  108 Hernan Cortez Ave.
   Hagatna, Guam 96910
5  PHONE: 472-7332
6  FAX: 472-7334

7  Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
NOV 17 2005
MARY L.M. MORAN
CLERK OF COURT

8  IN THE UNITED STATES DISTRICT COURT

9  FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 04-00016 |
| Plaintiff, | |
| vs. | **ORDER**<br>re: November 17, 2005<br>United States' Petition to Revoke<br>Bail Status |
| JAMES J. DINO, | |
| Defendant. | |

Based on the government's petition to revoke bail status of defendant James Dino and the affidavit attached thereto, the Court now orders the arrest of defendant James Dino on a no bail hold.

IT IS SO ORDERED this 17th day of November 2005.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge
District Court of Guam