# UNITED STATES DISTRICT COURT

District of **GUAM**

UNITED STATES OF AMERICA

V.

JAMES J. DINO

**WARRANT FOR ARREST**

Case Number: CR-04-00016

**FILED**
DISTRICT COURT OF GUAM
NOV 18 2005
MARY L.M. MORAN
CLERK OF COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____JAMES J. DINO_____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☑ Violation Notice

charging him or her with (brief description of offense)

ORDER TO SHOW CAUSE WHY PRETRIAL RELEASE CONDITIONS SHOULD NOT BE REVOKED
(See attached Petition to Revoke Bail Status and Order, filed November 17, 2005)

in violation of Title __18__ United States Code, Section(s) __3148__

MARILYN B. ALCON
Name of Issuing Officer

*Marilyn B Alcon*
Signature of Issuing Officer

Deputy Clerk
Title of Issuing Officer

11/17/2005
Date

Hagatna, Guam
Location

ORIGINAL

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

Hagatna Detention Center

| DATE RECEIVED 11/18/05 | NAME AND TITLE OF ARRESTING OFFICER Danny Ch-, SA DEA | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 11/18/05 | | |

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____JAMES J. DINO_____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:


FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO:


INVESTIGATIVE AGENCY AND ADDRESS: