DISTRICT COURT OF GUAM
TERRITORY OF GUAM
**CRIMINAL MINUTES**



FILED
DISTRICT COURT OF GUAM
NOV 18 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-04-00016**           **DATE: 11/18/2005**

***

**HON. JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge**           Law Clerk: Judith Hattori
Court Recorder & Courtroom Deputy: Virginia T. Kilgore
**Hearing Electronically Recorded - RUN TIME: 3:13:49 - 3:18:20**           CSO: B. Benavente

**\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* A P P E A R A N C E S \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \***

**DEFT:**  **JAMES J. DINO**           **ATTY :**  **ANTHONY PEREZ**
( X ) PRESENT  ( X ) CUSTODY  ( ) BOND  ( ) P.R.           ( X ) NOT PRESENT  ( X ) RETAINED  ( ) FPD  ( ) CJA APPOINTED

**U.S. ATTORNEY: MARIVIC DAVID**           **AGENT: FRANK SANTOS, D.E.A.**

**U.S. PROBATION: JOHN SAN NICOLAS**           **U.S. MARSHAL: G. PEREZ / M. UNGACTA**

**INTERPRETER:** _____           ( ) SWORN     LANGUAGE: _____
                                          ( ) PREVIOUSLY SWORN

***

**PROCEEDINGS:**   **- INITIAL APPEARANCE AND ORDER TO SHOW CAUSE WHY PRETRIAL RELEASE CONDITIONS SHOULD NOT BE REVOKED**

( ) ALLEGATIONS STATED BY THE GOVERNMENT
( ) ARGUMENT BY THE GOVERNMENT/( ) GOVERNMENT SETS FORTH THE FACTS OF THE VIOLATIONS
( ) ARGUMENT BY THE DEFENDANT
( ) DEFENDANT ADMITS TO ALL THE VIOLATIONS
( ) DEFENDANT DENIES THE ALLEGATIONS
( ) DEFENDANT ADMITS TO THE FOLLOWING ALLEGATIONS: _____

( ) COURT FINDS THAT THE DEFENDANT DID VIOLATE CONDITIONS OF PROBATION
( ) REVOCATION OF PROBATION/SUPERVISED RELEASE ___ GRANTED ___ DENIED
( ) PROBATION/SUPERVISED RELEASE CONDITIONS MODIFIED (see Revocation or Amended Judgment)
( ) CONDITIONS MODIFIED OR CONTINUED ( see reverse )
( ) PROCEEDINGS CONTINUED TO:_____ at _____
( ) DEFENDANT TO REMAIN AT LIBERTY
( X ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

**NOTES:**

The Court informed the Defendant and Government counsel that it has made several attempts to contact Defendant's attorney, however, he was not available or could not be reached by his office. The Defendant was presented a copy of the petition to revoke his bail status and was advised by the Court that an order was issued for his arrest. The Court continued the matter to Tuesday, November 22, 2005 at 10:00 A.M. so that the Defendant may have an opportunity to consult with his attorney. The Court ordered that the conditions imposed for Defendant's arrest remain in effect.