DISTRICT COURT OF GUAM
TERRITORY OF GUAM
**CRIMINAL MINUTES**


FILED
DISTRICT COURT OF GUAM
NOV 22 2005
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CR-04-00016         DATE: 11/22/2005

***

HON. JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge     Law Clerk: Judith Hattori
Court Reporter: Wanda Miles     Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: 10:10:11 - 10:11:52     CSO: B. Benavente

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*A P P E A R A N C E S\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**DEFT:** JAMES J. DINO             **ATTY:** PETER C. PEREZ
( X ) PRESENT ( X ) CUSTODY ( ) BOND ( ) P.R.     ( X ) NOT PRESENT ( X ) RETAINED ( ) FPD ( ) CJA APPOINTED

**U.S. ATTORNEY:** MARIVIC DAVID        **AGENT:** FRANK SANTOS, D.E.A.

**U.S. PROBATION:** JOHN SAN NICOLAS     **U.S. MARSHAL:** G. PEREZ

**INTERPRETER:** _____ ( ) SWORN    **LANGUAGE:** _____
                                            ( ) PREVIOUSLY SWORN

***

**PROCEEDINGS:** - CONTINUED INITIAL APPEARANCE AND ORDER TO SHOW CAUSE WHY PRETRIAL RELEASE CONDITIONS SHOULD NOT BE REVOKED

( ) ALLEGATIONS STATED BY THE GOVERNMENT
( ) ARGUMENT BY THE GOVERNMENT/( ) GOVERNMENT SETS FORTH THE FACTS OF THE VIOLATIONS
( ) ARGUMENT BY THE DEFENDANT
( ) DEFENDANT ADMITS TO ALL THE VIOLATIONS
( ) DEFENDANT DENIES THE ALLEGATIONS
( ) DEFENDANT ADMITS TO THE FOLLOWING ALLEGATIONS: _____

( ) COURT FINDS THAT THE DEFENDANT DID VIOLATE CONDITIONS OF PROBATION
( ) REVOCATION OF PROBATION/SUPERVISED RELEASE \_\_\_ GRANTED \_\_ DENIED
( ) PROBATION/SUPERVISED RELEASE CONDITIONS MODIFIED (see Revocation or Amended Judgment)
( ) CONDITIONS MODIFIED OR CONTINUED ( see reverse )
( X ) PROCEEDINGS CONTINUED TO: DECEMBER 1, 2005 at 10:00 A.M.
( ) DEFENDANT TO REMAIN AT LIBERTY
( X ) DEFENDANT TO REMAIN IN THE CUSTODY OF THE U.S. MARSHAL

**NOTES:**

Defense counsel requested a further continuance. He stated that he has requested the Government to provide him with reports to support the allegations. No objection. The Court continued the matter to December 1, 2005 at 10:00 A.M.