```
LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297
```

*Attorneys for Defendant James J. Dino*

FILED
DISTRICT COURT OF GUAM
NOV 30 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>JAMES J. DINO,<br><br>Defendant. | CRIMINAL CASE NO. CR04-00016<br><br>**STIPULATION FOR CONTINUANCE** |

The undersigned stipulate to continue the violation hearing currently scheduled for December 1, 2005, at 9:00 a.m. to January 9, 2006, at 2:30 p.m. The defense requests the continuance for the following reasons:

1. Defense counsel is waiting for documents from the U.S. Attorney's Office which need to be reviewed by defense counsel in order to prepare for the violation hearing.

2. The defense intends to discuss the matter with the Government to see if the matter can be resolved without the need for a hearing.

IT IS SO STIPULATED this 30th day of November, 2005.

**LUJAN AGUIGUI & PEREZ LLP**

By: _____ for
**PETER C. PEREZ, ESQ.**
*Attorney for Defendant James J. Dino*

**LEONARDO M. RAPADAS**
United States Attorney
Districts of Guam and NMI

By: _____
**FREDERICK A. BLACK, ESQ.**
*Assistant U.S. Attorney*