LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant James J. Dino*

FILED
DISTRICT COURT OF GUAM
DEC -1 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 04-00016 |
| vs. | |
| JAMES J. DINO, | **ORDER GRANTING STIPULATION FOR CONTINUANCE** |
| Defendant. | |

Whereas, the Stipulation for Continuance was filed on November 30, 2005, and

Whereas, the Court having reviewed the record of the proceedings and papers filed herein, and being fully apprised in the premises, NOW THEREFORE,

**IT IS HEREBY ORDERED** that the Stipulation for Continuance is hereby granted. The violation hearing previously set for December 1, 2005 is continued to January 9, 2006, at 2:30 p.m.

Dated: December 1, 2005

JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge

**ORIGINAL**