LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant James J. Dino*

FILED
DISTRICT COURT OF GUAM
JAN 0 6 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>JAMES J. DINO,<br><br>Defendant. | CRIMINAL CASE NO. CR04-00016<br><br>**STIPULATION TO VACATE STATUS HEARING AND SET CASE FOR SENTENCING** |

That the Status Hearing currently set for January 9, 2006 be vacated and that this matter be scheduled for sentencing no earlier than 120 days later.

SO STIPULATED this 5th day of January, 2006.

**LUJAN, AGUIGUI & PEREZ** LLP

By: /s/ *PETER C. PEREZ*
**PETER C. PEREZ, ESQ.**
*Attorney for Defendant James J. Dino*

**LEONARDO M. RAPADAS**
United States Attorney
Districts of Guam and NMI

By: /s/ *Frederick A. Black*
**FREDERICK A. BLACK, ESQ.**
Assistant U.S. Attorney

Page 1 of 1
USA v. James J. Dino
Criminal Case No. CR99-00113 & CR04-00016
Stipulation to Continue to Vacate Status Hearing and
Set Case For Sentencing

Case 1:04-cr-00016   Document 35   Filed 01/06/2006   Page 1 of 1