LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant James J. Dino*

FILED
DISTRICT COURT OF GUAM
JAN 09 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>JAMES J. DINO,<br><br>Defendant. | CRIMINAL CASE NO. 04-00016<br><br>**ORDER VACATING STATUS HEARING AND SETTING SENTENCING DATE** |

Based upon the stipulation submitted by the parties on January 6, 2006, it is hereby ordered that the Status Hearing currently set for January 9, 2006 is vacated and this matter is scheduled for sentencing on May 16, 2006 at 10:00 a.m. The presentence report shall be provided to the parties by March 28, 2006. The parties shall file their responses to the presentence report no later than April 11, 2006. The final presentence report, addendum, and sentence recommendation shall be submitted to the Court and parties no later than April 25, 2006.

Dated this _9th_ day of January 2006.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge

ORIGINAL