LUJAN, AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant James J. Dino*

FILED
DISTRICT COURT OF GUAM
MAY 11 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>JAMES J. DINO,<br><br>Defendant. | CRIMINAL CASE NO. CR04-00016<br><br>ORDER GRANTING CONTINUANCE ON SENTENCING HEARING |

Whereas, the Motion to Continue Sentencing hearing was filed on May 10, 2006.

Whereas, the Court having reviewed the record of the proceedings and papers filed herein, and being fully apprised in the premises, NOW THEREFORE,

**IT IS HEREBY ORDERED** that the Motion to Continue Sentencing hearing is hereby granted. The sentencing hearing previously set for May 16, 2006 at 10:30 a.m. shall be continued to August 23, 2006 at 9:30 a.m.

**SO ORDERED** this _11_ day of May, 2006.

JOHN C. COUGHENOUR
Designated Judge
District Court of Guam

ORIGINAL