**LUJAN AGUIGUI & PEREZ LLP**
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant James J. Dino*

**FILED**
DISTRICT COURT OF GUAM

AUG - 4 2006

**MARY L.M. MORAN**
**CLERK OF COURT**

## IN THE UNITED STATES DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. CR04-00016 |
| vs. | **MOTION TO CONTINUE SENTENCING** |
| JAMES J. DINO, | |
| Defendant. | |

Defendant JAMES J. DINO, by and through his defense counsel, Peter C. Perez, Esq. of

the law office of LUJAN AGUIGUI & PEREZ LLP, requests that the Court continue sentencing

currently scheduled for August 23, 2006 at 9:30 a.m. for forty-five (45) days.

Respectfully submitted this 4th day of August, 2006.

**LUJAN AGUIGUI & PEREZ LLP**

By: _____

**PETER C. PEREZ, ESQ.**
*Attorney for Defendant James J. Dino*

D-0008/PCP:eol

ORIGINAL