LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant*
*James J. Dino*

FILED
DISTRICT COURT OF GUAM
AUG 10 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES J. DINO,<br><br>Defendant. | CRIMINAL CASE NO. 04-00016<br><br>**ORDER**<br>**Granting Motion to Continue Sentencing**<br>**(2nd Request)** |

Whereas, the Defendant James J. Dino's Motion for Continuance was filed on August 4, 2006, and

Whereas, the Court having reviewed the record of the proceedings and papers filed herein, and being fully apprised in the premises, NOW THEREFORE,

**IT IS HEREBY ORDERED** that the Motion to Continue Sentencing is hereby granted. The sentencing hearing previously set for August 23, 2006, shall be continued to Tuesday, October 17, 2006, at 10:30 a.m.

Dated: August 10, 2006

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge
District Court of Guam

ORIGINAL

D-0008/PCP:eol