FILED
DISTRICT COURT OF GUAM
SEP 29 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>JAMES DINO,<br><br>  Defendant. | Criminal Case No. 04-00016<br><br>ORDER |

The sentencing hearing in this case is presently scheduled for October 17, 2006. Due to the scheduling needs of the Court IT IS HEREBY ORDERED that the sentencing hearing be rescheduled to October 19, 2006, at 10:00 A.M. before the Honorable Larry A. Burns.[*]

SO ORDERED this 29th day of September 2005.

MORRISON C. ENGLAND, JR.[**]
United States District Judge

---

[*] The Honorable Larry A. Burns, United States District Judge for the Southern District of California by designation.

[**] The Honorable Morrison C. England, Jr., United States District Judge for the Eastern District of California, by designation.