LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant James J. Dino*

FILED
DISTRICT COURT OF GUAM
OCT 10 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. CR04-00016 |
|---|---|
| vs. | STIPULATION TO CONTINUE SENTENCING HEARING |
| JAMES J. DINO, | |
| Defendant. | |

The undersigned stipulate to continuing the sentencing hearing currently set for October 19, 2006 at 10:00 a.m. to a date approximately forty five (45) days later. This continuance is requested by the defense on the following grounds:

1. The defense counsel will be in trial on October 18, 2006 in the matter of Costa vs. Hodges; Domestic Case No. DM 390-00, which may continue to the date of the currently set sentencing on October 19, 2006; and,

2. The defendant continues to pursue further cooperation opportunities with the government in the hope of mitigating his sentence.

SO STIPULATED this 9th day of October, 2006.

LUJAN, AGUIGUI & PEREZ LLP

By: _____
PETER C. PEREZ, ESQ.
*Attorney for Defendant James J. Dino*

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
FREDERICK A. BLACK, ESQ.
Assistant U.S. Attorney

D-0008B/0330/PCP/wj