LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant James J. Dino*

FILED
DISTRICT COURT OF GUAM
OCT 1 1 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>JAMES J. DINO,<br><br>Defendant. | CRIMINAL CASE NO. CR04-00016<br><br>**ORDER GRANTING CONTINUANCE ON SENTENCING HEARING** |

Whereas, the Stipulation to Continue Sentencing hearing was filed on October 10, 2006.

Whereas, the Court having reviewed the record of the proceedings and paper filed herein, and being fully apprised in the premises, NOW THEREFORE,

**IT IS HEREBY ORDERED** that the Stipulation to Continue sentencing hearing is hereby granted. The sentencing hearing previously set for October 19, 2006 at 10:00 a.m. shall be continued to _____, 2006 at _____ .m.

Dated: October 11, 2006

John C. Coughenour
Designated Judge
District Court of Guam

D-0008B/0330/PCP/dmg

**ORIGINAL**