1   **LUJAN AGUIGUI & PEREZ** LLP
    Attorneys at Law
2   Pacific News Building, Suite 300
    238 Archbishop Flores Street
3   Hagåtña, Guam 96910
    Telephone (671) 477-8064/5
4   Facsimile (671) 477-5297

5   *Attorneys for Defendant*
    *James J. Dino*
6

FILED

DISTRICT COURT OF GUAM

OCT 18 2006

MARY L.M. MORAN
CLERK OF COURT

7              **IN THE UNITED STATES DISTRICT COURT**

8                      **TERRITORY OF GUAM**

9

10  UNITED STATES OF AMERICA,          CRIMINAL CASE NO. CR99-00113
                                       CRIMINAL CASE NO. CR04-00016
11                      Plaintiff,
                                       **DEFENDANT JAMES J. DINO'S LETTERS**
12         vs.                         **OF SUPPORT**

13  JAMES J. DINO,

14                      Defendant.

15

16          Defendant, through counsel, submits the attached Letters of Support, bates

17  stamped 1 through 4 for this Honorable Court's consideration in sentencing Mr. Dino.

18          RESPECTFULLY SUBMITTED this 18th day of October, 2006.

19

20                              **LUJAN AGUIGUI & PEREZ LLP**

21                              *[signature]*

22                              By:_____
                                     **PETER C. PEREZ, ESQ.**
23                                   *Attorney for Defendant James J. Dino*

24

25  *D-0008/0330/PCP/wj*

26

27

28

ORIGINAL

US District court of GUAM.

Dear Honorable judge,

I am Jaicy Dino the Daughter of James Dino,
Pls help me, I don't wanna grow up without my father
I know my dad is a good man My Dad promised me that he won't
do it again, Pls i beg you I really need my dad especialy my Mom

Because when I go to school everyday, I look at my classmate's
dad, I told her I wish I have my dad beside me

when my teacher asks why are you crying in the Bathrooms?
because I miss my dad. Pls I'am begging you pls help my dad
Pls give him a nother chance.

Jaicy Dino

Oct. 17, 2006

Honorable Judge
U.S. District Court of Guam

Dear Judge
I am Susan D. Tan sister of James J. Dino begging you to give my brother one last chance and he promised to us he will not do it anymore.
He is the best brother I ever had, he's my best friend who is always there to help me and our family. He is the youngest, but yet the bread winner and head of our family. My brother is a very good husband and a good father to his 10 year old daughter, Jicy.
I beg for your mercy to please give him one last chance, please lower his sentence not only for us, but specially for his daughter Jicy who needs his love and care.

Thank you very much.

Very truly yours,
Susan
S U S A N D. TAN

Dear to the prosecutor

My name is Jaicy Dino, daughter of James Dino, I'am beging you to give my father a last chance to prove himself that he is a good man pls I miss him so much. I Never had a time with him pls I'am begging you

from: Jaicy Dino

Dear honorable judge

My name is Jaicy Dino, daughter of James Dino I am beging you to give my father a last chance to prove himself a good man pls I miss him so much, I Never had a time with him pls I love him so much I don't want to loose him pls I am begging you

from: Jaicy Dino

Atty. Frederick Black
Office of the U.S. Attorney
Hagatna, Guam, U.S.A.
969160

Sir:

This is in connection with the predicament of my brother James J. Diño, who is now detained for some misdemeanor punishable by law.

May I offer a bit of information about the suspect. He is a good brother and a good benefactor for his relatives and nearest of kin back here in the Philippines.

His detention was a big blow to us here for not being able to receive any aid from him, most specially to the undersigned being jobless and is suffering a complicated disease for more than 5 years.

In this connection any help that may be extended to him, would redound to the benefits of us all who only rely from his very needed help.

Thank you very much.

Very truly yours,

CARLOS J. DIÑO
Brother of James

25 April 2006
Hinigaran, Negros Occ.