**IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
SENTENCING**

CASE NO.: CR-04-00016  DATE: October 19, 2006

HON. LARRY A. BURNS, Designated Judge, Presiding
Law Clerk: None Present  Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore  Electronically Recorded: 10:08:51 - 11:48:35
CSO: None Present

**APPEARANCES:**

Defendant: James J. Dino  Attorney: Peter C. Perez
☑ Present ☑ Custody ☐ Bond ☐ P.R.  ☑ Present ☑ Retained ☐ FPD ☐ CJA
U.S. Attorney: Frederick A. Black  U.S. Agent: Paul Griffith, D.E.A.
U.S. Probation: Judy Ocampo  U.S. Marshal: V. Roman
Interpreter:  Language:

**PROCEEDINGS: Sentencing**
- Court stated the appropriate Offense Levels.
- Defendant addressed the Court and apologized.
- Defense counsel's sua sponte motion for downward departure <u>denied</u>.
- Oral motion for acceptance of responsibility <u>granted</u>.
- Defendant committed to the Bureau of Prisons for a term of <u>20 years.</u>
- Court recommendation to the Bureau of Prisons at <u>Lompoc.</u>
- Upon release from imprisonment, defendant is placed on supervised release for a term of <u>10 years</u>, with conditions (refer to Judgment for conditions of supervised release).
- All fines waived by the Court.
- Defendant was ordered to pay a special assessment fee of $100.00 to be paid immediately after sentencing.
- Court stated the justification of the sentence imposed.
- Defendant advised of appeal rights.
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: